## CALHOUN v. KNIGHT.

Where two mules are claimed as exempt from forced sale on execution, it must be shown that the party claiming the mules habitually earned his living by the use of the animals in question, or that he is one of the persons mentioned in the statute.

APPEAL from the District Court of the Eighth Judicial District, County of Siskiyou.

This was an action to recover possession of two mules, sold by the sheriff under execution against the plaintiff, but which plaintiff avows were exempt from execution.   Plaintiff had judgment, and defendant appealed to this Court.

*J. A. Fletcher* for Appellant.

TERRY, C. J., delivered the opinion of the Court—BALDWIN, J., concurring.

We think the evidence was insufficient to sustain the judgment. The statute exempts from forced sale, "two horses, oxen, or mules, by which a cartman, teamster, or other laborer, habitually earns his living."

It is not shown that the plaintiff is one of the persons mentioned in the statute, or that he habitually earned his living by the use of the animals in question.

Judgment reversed.